# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**BENJAMIN ALVARADO**

        Plaintiff,

v.                                    Case No.  8:12-cv-1563-T-30TGW

**NATIONAL ASSET & RISK MANAGEMENT, LLC**

        Defendant.
_____

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Alvarado against Defendant National Asset & Risk Management, LLC, for reasonable attorney's fees and costs in the total amount of $1,162.40.


Date:  December 18, 2012                        SHERYL L. LOESCH, CLERK

                                                                By:  S. Boswell, Deputy Clerk